# U.S. Courts
# Case Inquiry Report
Case Num: DWIE113CV000962;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Case Number**   DWIE113CV000962        **Case Title**   ADAMSKI VS MCGINNIS, ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PPAY4196 | PAUL ALIOS ADAMSKI | PCCA4749 | PLRA FILING FEE | | 190.00 | 190.00 | 0.00 |
| 001 | PPAY4196 | PAUL ALIOS ADAMSKI | PCCA4749 | PLRA FILING FEE | | 60.00 | 60.00 | 0.00 |
| 001 | PPAY4196 | PAUL ALIOS ADAMSKI | PCCA4749 | PLRA FILING FEE 086400 | | 100.00 | 100.00 | 0.00 |
| | | | | | | 350.00 | 350.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

# U.S. Courts
## Case Inquiry Report
Case Num: DWIE113CV000962;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Detailed Party Information:**

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PPAY4196 | PAUL ALIOS ADAMSKI |

**Debt Type**
PLRA FILING FEE

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 5100PL |  |  | N/A |
| **Owed** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Collected** | 190.00 | 0.00 | 0.00 | 190.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 190.00 | 0.00 | N/A | 190.00 |

PLRA FILING FEE

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 0869PL |  |  | N/A |
| **Owed** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Collected** | 60.00 | 0.00 | 0.00 | 60.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 60.00 | 0.00 | N/A | 60.00 |

PLRA FILING FEE 086400

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 086400 |  |  | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |

# U.S. Courts
## Case Inquiry Report
Case Num: DWIE113CV000962;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Available** | 100.00 | 0.00 | N/A | 100.00 |

**Totals**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Owed** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Collected** | 350.00 | 0.00 | 0.00 | 350.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 350.00 | 0.00 | N/A | 350.00 |

# U.S. Courts
## Case Inquiry Report
Case Num: DWIE113CV000962;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Debt Type Line# | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT MK4689048247 DWIE113CV000962-001 | 1 | 10/14/2014 PLRA FILING FEE | 10/14/2014 | PR | 26.57 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689048671 DWIE113CV000962-001 | 1 | 11/05/2014 PLRA FILING FEE | 11/05/2014 | PR | 20.48 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689049162 DWIE113CV000962-001 | 1 | 12/01/2014 PLRA FILING FEE | 12/01/2014 | PR | 20.06 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689049766 DWIE113CV000962-001 | 1 | 01/05/2015 PLRA FILING FEE | 01/05/2015 | PR | 11.07 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689050310 DWIE113CV000962-001 | 1 | 02/04/2015 PLRA FILING FEE | 02/04/2015 | PR | 20.86 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689050874 DWIE113CV000962-001 | 1 | 03/04/2015 PLRA FILING FEE | 03/04/2015 | PR | 24.51 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689051417 DWIE113CV000962-001 | 1 | 04/03/2015 PLRA FILING FEE | 04/03/2015 | PR | 24.96 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689052015 DWIE113CV000962-001 | 1 | 05/04/2015 PLRA FILING FEE | 05/04/2015 | PR | 29.44 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689052572 DWIE113CV000962-001 | 1 | 06/03/2015 PLRA FILING FEE | 06/03/2015 | PR | 12.05 | PAUL ALIOS ADAMSKI | O | 04 | 5100PL |
| CT MK4689052572 DWIE113CV000962-001 | 2 | 06/03/2015 PLRA FILING FEE | 06/03/2015 | PR | 12.91 | PAUL ALIOS ADAMSKI | O | 04 | 0869PL |
| CT MK4689053046 DWIE113CV000962-001 | 2 | 06/29/2015 PLRA FILING FEE | 06/29/2015 | PR | 30.64 | PAUL ALIOS ADAMSKI | O | 04 | 0869PL |
| CT MK4689053753 DWIE113CV000962-001 | 2 | 08/05/2015 PLRA FILING FEE | 08/05/2015 | PR | 16.45 | PAUL ALIOS ADAMSKI | O | 04 | 0869PL |
| CT MK4689053753 DWIE113CV000962-001 | 3 | 08/05/2015 PLRA FILING FEE 086400 | 08/05/2015 | PR | 18.95 | PAUL ALIOS ADAMSKI | O | 04 | 086400 |
| CT MK4689054251 DWIE113CV000962-001 | 3 | 09/03/2015 PLRA FILING FEE 086400 | 09/03/2015 | PR | 33.44 | PAUL ALIOS ADAMSKI | O | 04 | 086400 |
| CT MK4689054733 DWIE113CV000962-001 | 3 | 09/28/2015 PLRA FILING FEE 086400 | 09/28/2015 | PR | 22.77 | PAUL ALIOS ADAMSKI | O | 04 | 086400 |
| CT MK4689055377 DWIE113CV000962-001 | 3 | 11/04/2015 PLRA FILING FEE 086400 | 11/04/2015 | PR | 24.84 | PAUL ALIOS ADAMSKI | O | 04 | 086400 |

U.S. Courts
Case Inquiry Report
Case Num: DWIE113CV000962;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |